AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
    Sheet 1

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
    SHREVEPORT, LOUISIANA
DATE   1 / 30 / 07

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RADULA WILSON<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 5:03CR50125-01<br><br>USM Number: 12101-035<br><br>Betty Marak<br>Defendant's Attorney |

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition of the term of supervision. The court finds that in accordance with the U.S. Sentencing Commission Guidelines, the offender has committed a Grade C violation of his supervised release and having a Criminal History Category of II.

The defendant is sentenced as provided on page _2_ of this judgment. The sentence imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT
DATE 1/30/07
BY   BM
TO: USM 3 Cert copy
    USPO 3 Cert copy

January 25, 2007
Date of Imposition of Sentence

_Signature of Judicial Officer_

TOM STAGG, United States District Judge
Name & Title of Judicial Officer

January 30, 2007
Date

DEFENDANT:       RADULA WILSON
CASE NUMBER:   5:03CR50125-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___  [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

         Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                          _____
                                                          UNITED STATES MARSHAL

                                                          By _____
                                                          DEPUTY UNITED STATES MARSHAL